NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

NOV 12 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| FRANCISCO CARRILLO, Jr., | No. 12-57229 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. 2:11-cv-10310-SVW-AGR |
| v. | |
| COUNTY OF LOS ANGELES; CRAIG DITSCH, | ORDER |
| Defendants - Appellants. | |

| FRANK O'CONNELL; NICHOLAS O'CONNELL, | No. 13-56817 |
| --- | --- |
| Plaintiffs - Appellees, | D.C. No. 2:13-cv-01905-MWF-PJW |
| v. | |
| J. D. SMITH; ERIC PARRA; COUNTY OF LOS ANGELES, | ORDER |
| Defendants - Appellants. | |

Before: FISHER, BYBEE and BEA, Circuit Judges.

The panel has voted to deny the petition for rehearing. Judges Bybee and Bea have voted to deny the petition (suggestion) for rehearing en banc, and Judge Fisher has so recommended.

The full court has been advised of the petition (suggestion) for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

Appellants' petition for rehearing and petition (suggestion) for rehearing en banc, filed September 30, 2015, is **DENIED**.